Andrew D. Wright, #8857
Andrew B. McDaniel, #11070
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:   (801) 323-2037
awright@strongandhanni.com
amcdaniel@strongandhanni.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRIME INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>WACKER CONSTRUCTION CO., INC. d.b.a. WCC ROOFING & SHEET METAL, INC.<br><br>Defendant. | **STIPULATION AND MOTION FOR DISMISSAL**<br><br>Case No:   2:18-cv-00205-RJS-EJF<br><br>Judge:  Robert J. Shelby<br><br>Magistrate Judge: Evelyn J. Furse |

The above-referenced parties, by and through counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above matter has been resolved by way of settlement and can therefore be dismissed.  This matter can be dismissed with prejudice except for the allegations related to the First Congregational claim arising out of the July 25, 2016 incident, which shall be dismissed without prejudice. The parties agree that if necessary, Plaintiff shall be entitled to refile this action for a determination of the coverage issues related to the First

2

Congregational claim only. Accordingly, the parties move the Court to enter an Order of Dismissal, with each party to bear its own costs and fees. A proposed Order is submitted herewith.

DATED this 2nd day of December, 2019

STRONG & HANNI

By /s/ Andrew B. McDaniel
Andrew D. Wright
Andrew B. McDaniel
*Attorneys for Plaintiff*

DATED this 2nd day of December, 2019

SWANSON MIDGLEY, LLC

By    /s/ James Franklin Freeman, III
James Franklin Freeman, III
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, a true and correct copy of the foregoing **STIPULATION AND MOTION FOR DISMISSAL** was served by the method indicated below, to the following:

| | |
|---|---|
| Daniel E. Barnett<br>Laura G. Kennedy<br>PARR BROWN GEE & LOVELESS, P.C.<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>dbarnett@parrbrown.com<br>lkennedy@parrbrown.com | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Email<br>( ) Facsimile<br>(x) ECF |
| James F. Freeman, III<br>Swanson Midgley, LLC<br>4600 Madison, #1100<br>Kansas City, MO 64112<br>jfreeman@swansonmidgley.com | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Email<br>( ) Facsimile<br>(x) ECF |

/S/ Heidi McEwen