IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PRIME INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WACKER CONSTRUCTION CO., INC. d/b/a WCC ROOFING & SHEET METAL, INC.<br><br>    Defendant. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**<br><br>2:18-cv-205-RJS-EJF<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

The parties having filed their Stipulation and Motion for Dismissal,[1] the court having reviewed the same and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice as to all claims, except for the allegations related to the First Congregational claim. The First Congregational claim—arising out of the July 25, 2016, incident—is dismissed without prejudice. Each of the parties shall bear their own respective attorney fees and costs. The Clerk of Court is directed to close the case.

SO ORDERED this 2nd day of December 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 30.